

# Fourth Court of Appeals
## San Antonio, Texas

July 9, 2018

No. 04-18-00092-CR

Michael Lewis **ARCE,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 17-2118-CR-C
Honorable William Old, Judge Presiding

# O R D E R

The reporter's record was due June 29, 2018. Court reporter Patricia M. Wagner has filed a notification of late reporter's record, requesting an extension to July 29, 2018. Court reporter Lori Schmid has also filed a notification of late reporter's record, requesting an extension to July 29, 2018. We GRANT the requests and ORDER court reporters Wagner and Schmid to file the reporter's record on or before July 29, 2018.

Court reporter Sheri Linder has not filed her portion of the reporter's record, nor has she filed a notification of late reporter's record. We, therefore, ORDER Sheri Linder to file the reporter's record no later than July 23, 2018. If the reporter's record is not received by such date, an order may be issued directing Sheri Linder to appear and show cause why she should not be held in contempt for failing to file the record.

_Karen Angelini_
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of July, 2018.

_Keith E. Hottle_
KEITH E. HOTTLE,
Clerk of Court